**No. 09-1540. Joseph Carione, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 839, 131 S. Ct. 195, 178 L. Ed. 2d 43, 2010 U.S. LEXIS 5809.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 357 Fed. Appx. 310.